| | |
|---|---|
| CELIA McGUINNESS, SBN 159420<br>DERBY, McGUINNESS &<br>  GOLDSMITH, LLP<br>300 Lakeside Drive, Suite 1000<br>Oakland, California 94612<br>Telephone:  (510) 987-8778<br>Facsimile:  (510) 359-4419<br>Email: info@dmglawfirm.com | ANTHONY GOLDSMITH, Esq (SBN 125621)<br>DERBY, McGUINNESS &<br>  GOLDSMITH, LLP<br>21550 Oxnard Street, Suite 300<br>Woodland Hills, California 91367<br>Telephone:  (818) 213-2762<br>Facsimile:  (510) 359-4419<br>Email: info@dmglawfirm.com |

Attorneys for Plaintiff
STEVEN WHITE

JILL A. SPRAGUE, SBN 201584
ANGELA G. MARIVELES, SBN 242905
Office of the General Counsel
ALAMEDA-CONTRA COSTA TRANSIT DISTRICT
1600 Franklin Street
Oakland, California  94612
Telephone:   (510) 891-4777

HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
CELIA L. GUZMAN, SBN 325616
cguzman@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant
ALAMEDA-CONTRA COSTA TRANSIT DISTRICT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN WHITE, an individual,<br><br>      Plaintiff,<br><br>    v.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT,<br><br>      Defendant. | Case No. 20-cv-03804-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AND N.D. CAL. L.R. 77-2(c)** |

Case No. 20-cv-03804-TSH

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AND N.D. CAL. L.R. 77-2(c)

19186344.1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and N.D. Cal. L.R. 77-2(c), IT IS STIPULATED by and between the parties hereto that this action should be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

IT IS SO STIPULATED.

DATED: 2/1/2023                           DERBY, McGUINNESS & GOLDSMITH, LLP

By: *Anthony Goldsmith*
CELIA McGUINNESS
ANTHONY E. GOLDSMITH
Attorneys for Plaintiff
STEVEN WHITE

DATED: 2/1/2023                           HANSON BRIDGETT LLP

By: *Kurt Franklin*
KURT A. FRANKLIN
Attorneys for Defendant
ALAMEDA-CONTRA COSTA
TRANSIT DISTRICT

**ATTESTATION**

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories

DATED: 2/1/2023                           */s/ Anthony Goldsmith*
ANTHONY E. GOLDSMITH